UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22361-CV-KING

BERTONY MICHEL,

    Plaintiff,

vs.

GREEN EGGS CAFÉ RESTAURANT
MANAGEMENT & DESIGN d/b/a GREEN
EGGS CAFE,

    Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED CIVIL COVER SHEET

**THIS MATTER** comes before the Court *sua sponte*.

The Civil Cover Sheet (DE 1-2) filed by Plaintiff fails to state the estimated length of the trial of this matter, and is therefore insufficient.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** an amended, fully complete Civil Cover Sheet, using the local form for the Southern District of Florida, **on or before June 28, 2017 at 5:00 p.m.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of June, 2017.

                                JAMES LAWRENCE KING
                                UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record